UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHAW,<br><br>        Plaintiff,<br><br>    v.<br><br>PIN SETTERS, INC., et al.,<br><br>        Defendants. | No.  2:23-cv-01108-WBS-CKD<br><br>ORDER |

On April 10, 2024, the magistrate judge filed findings and recommendations (ECF No. 17) which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The court reviews de novo the magistrate judge's conclusions of law. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

Having reviewed the matter, and for good cause appearing, the court adopts the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED as follows:

    1.    Plaintiff's motion for default judgment (ECF No. 11) is granted in part as set forth below.

////

2. Defendants are found and declared to be in violation of Title III of the Americans with Disabilities Act.

3. Defendants are ordered to make the following modification to the bowling alley known as Country Club Lanes at 2600 Watt Avenue in Sacramento, California:

   a. Provide a properly configured and identified accessible bowling lane which shall be connected to the associated seating area via an accessible route of travel, which route shall be maintained free of obstructions; and

   b. Implement a policy and procedure, including employee training, whereby the accessible bowling lane shall be reserved for the use of disabled customers unless all other lanes are occupied, and mobility impaired customers shall be assigned to the accessible lane upon request.

4. Judgment is entered in plaintiff's favor and against defendants on plaintiff's ADA claim and Unruh Act claim, awarding $4,000.00 in statutory damages and $4,454.95 in attorney fees, paralegal fees, and costs of suit.

5. Plaintiff's claim under the California Health and Safety Code is dismissed without prejudice.

6. The Clerk of the Court is directed to close this case.

Dated: April 26, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

8
shaw23cv1108.jo

2