# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CAMERON SHAW,**

CASE NO: **2:23−CV−01108−WBS−CKD**

v.

**PIN SETTERS, INC., ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 04/29/24**

    **Keith Holland**
    Clerk of Court

ENTERED: **April 29, 2024**

by: /s/ V. Licea Chavez
Deputy Clerk