**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*: | FOR RECORDER'S USE ONLY |
|---|---|
| After recording, return to:<br>Tanya E. Moore, SBN 206683<br>MOORE LAW FIRM, P.C.<br>334 North Second Street<br>San Jose, CA 95112<br><br>TEL NO.: 408.298.2000   FAX NO. (optional): 408.298.6046<br>E-MAIL ADDRESS *(Optional)*: service@moorelawfirm.com<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF N/A
STREET ADDRESS: 501 I Street, Room 4-200
MAILING ADDRESS: "
CITY AND ZIP CODE: Sacramento CA 95814
BRANCH NAME: U.S. District Court, Eastern District of California

PLAINTIFF: Cameron Shaw
DEFENDANT: Pin Setters, Inc., et al.

CASE NUMBER: 2:23-cv-01108-WBS-CKD

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      Pin Setters, Inc.
      2600 Watt Avenue
      Sacramento CA 95821
   
   b. Driver's license no. [last 4 digits] and state:   [X] Unknown
   c. Social security no. [last 4 digits]:   [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
      
      Dave Haness (registered agent), 2600 Watt Avenue, Sacramento CA 95821

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Cameron Shaw
   c/o Moore Law Firm, P.C. (address stated above)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: May 30, 2024
Tanya E. Moore
(TYPE OR PRINT NAME)

▶ /s/ Tanya E. Moore
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 8,454.95
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: 4/29/2024
   b. Renewal entered on *(date)*:
9. [ ] This judgment is an installment judgment.
   [SEAL]

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on *(date)*: 8/8/24

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: Cameron Shaw | COURT CASE NO.: |
| DEFENDANT: Pin Setters, Inc., et al. | 2:23-cv-01108-WBS-CKD |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

2600 Watt, LLC
4825 Amber Lane, Suite B
Sacramento CA 95841

Driver's license no. [last 4 digits] and state:   [X] Unknown
Social security no. [last 4 digits]:   [X] Unknown

Summons was personally served at or mailed to *(address):*

Gregory Lewis Kassis (registered agent)
4825 Amber Lane, Suite B
Sacramento CA 95841

17. Name and last known address

Driver's license no. [last 4 digits] and state:   ☐ Unknown
Social security no. [last 4 digits]:   ☐ Unknown

Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state:   ☐ Unknown
Social security no. [last 4 digits]:   ☐ Unknown

Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state:   ☐ Unknown
Social security no. [last 4 digits]:   ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.